IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00124-MR

| | |
|---|---|
| **MELISSA D. INGLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CAROLYN W. COLVIN,** Acting ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Payment of Attorney Fees [Doc. 14].

The Plaintiff's motion fails to reflect that counsel conferred or attempted to confer with defense counsel prior to filing the motion, as required by Local Rule 7.1(B). Accordingly, the Plaintiff's motion shall be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Payment of Attorney Fees [Doc. 14] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 27, 2016

Martin Reidinger
United States District Judge